# United States Bankruptcy Court
## Central District of Illinois

**IN RE:**   Case No. **11-90916**

**Industrial Surfacing Corp.**   Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Tom Heck**<br>4806 W. Bloomington Rd.<br>Champaign, IL  61822 | | | | **530,588.58** |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | | | **272,253.55** |
| **TopCor Port Arthur, LLC**<br>848 Houston Ave.<br>Port Arthur, TX  77640 | Kantrow, Spaht, Weaver & Blitzer<br>445 North Boulevard, Suite 300<br>(70802)<br>P.O.Box 2997<br>Baton Rouge, LA  70821-2997<br>W. Scott Keaty<br>(225) 383-4703 | | | **119,925.61** |
| **Rebecca Ferguson**<br>4504 Copper Ridge Rd<br>Champaign, IL  61822 | | | | **114,000.00** |
| **Sigma Solutions, LLC**<br>P.O. Box 3991<br>Florence, SC  29502 | (843) 665-7080 | | | **110,853.69** |
| **Sterling Wealth**<br>Sharon Allen<br>115 N. Neil St., Suite 305<br>Champaign, IL  61820 | (217) 398-1900 | | | **63,227.38** |
| **Daniel Ferguson**<br>492 B CR 00 N<br>Sadorus, IL  61872 | (217) 369-1858 | | | **62,000.00** |
| **Martin & Marietta**<br>P.O. Box 30013<br>Raleigh, NC  27622-0013 | (985) 674-2380 | | | **60,263.06** |
| **Holiday Inn West**<br>2747 South 11th Street<br>Kalamazoo, MI  49009 | (269) 375-6000 | | | **42,680.57** |
| **J.L. Hubbard Insurance Agency**<br>P.O. Box 14<br>Forsyth, IL  62536-0014 | | | | **38,208.00** |
| **FCC Equipment Financing**<br>P.O. Box 56347<br>Jacksonville, FL  32241-6347 | | | | **440,000.00**<br>**Collateral:**<br>**410,000.00**<br>**Unsecured:**<br>**30,000.00** |

| Creditor | Phone | Amount |
|---|---|---|
| **Loravco Services**<br>2811 E. Empire St.<br>Central Illinois Regional Airport<br>Bloomington, IL  61704 | (309) 663-1084 | 27,785.57<br>**Collateral:**<br>325,000.00<br>**Unsecured:**<br>27,785.57 |
| **Personal Care**<br>Attn: Collections Department<br>3721 TecPort Drive<br>Harrisburg, PA  17106-7103 | | 26,894.60 |
| **Paccar Financial**<br>1901 N. Roselle Rd.<br>Suite 900<br>Schaumburg, IL  60195 | | 28,000.00<br>**Collateral:**<br>3,500.00<br>**Unsecured:**<br>24,500.00 |
| **Illinois Dep. Of Employment Security**<br>Insolvency/Bky Subunit-Field Audit Sect.<br>33 S. State St., 10th Floor<br>Chicago, IL  60603 | | 20,934.64 |
| **CitiBusiness**<br>P.O. Box 6235<br>Sioux Falls, SD  57117-6235 | | 12,187.14 |
| **Exxon Fleet Services**<br>PO Box 5727<br>Carol Stream, IL  60197-5727 | (800) 624-5140 | 10,223.25 |
| **Chase Bank**<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 | 1(800) 551-9268 | 9,536.50 |
| **Marty Couture**<br>2990 Virginia Rose Lane<br>Niles, MI  49120 | (574) 229-3079 | 7,500.00 |
| **John Cheesman**<br>1518 Adkins Rd<br>Houston, TX  77055 | (281) 770-4738 | 7,211.55 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 20, 2011**       Signature: */s/ Rodger Ferguson*

**Rodger Ferguson, President**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only