**IT IS SO ORDERED.**

**SIGNED THIS: August 9, 2012**

_____
**Gerald D. Fines
United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| INDUSTRIAL SURFACING CORP., | Case No. 11-90916 |
| DEBTOR. | The Honorable Gerald D. Fines |

**ORDER APPROVING STIPULATION FOR
RELIEF FROM AUTOMATIC STAY**

THIS MATTER COMING before the Court on the Stipulation for Relief from Automatic Stay (the "Stipulation") filed by Caterpillar Financial Services Corporation ("Caterpillar") and the Chapter 7 Trustee; the Court having reviewed the Stipulation and the other pleadings in this case; and the Court being fully advised in the premises, now APPROVES the Stipulation. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:

1.  The automatic stay is hereby lifted so that Caterpillar may enforce its rights in the Collateral and have it liquidated.

1905475v1

2.      If Caterpillar receives any funds from liquidation of the Collateral that exceeds the indebtedness encumbering the Collateral, such funds shall be turned over to the Chapter 7 Trustee for administration in the bankruptcy estate.

3.      The 14-day automatic stay provided for by Bankruptcy Rule 4001(a)(3) shall not apply to the relief sought, pursuant to the Stipulation.

###