UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-90916 |
| INDUSTRIAL SURFACING CORP ) | |
| CORPORATION, ) | |
| ) | Chapter 7 |
| Debtor, ) | |

**LIST OF POST-PETITION PROPERTY**

None.