**IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| INDUSTRIAL SURFACING CORP., | Case No. 11-90916 |
| Debtor. | The Honorable Gerald D. Fines |

**MOTION TO COMPEL**

NOW COMES Creditor and Party-in-Interest, Caterpillar Financial Services Corporation ("Caterpillar"), by its attorneys, Howard & Howard Attorneys PLLC, and for its Motion to Compel, states as follows:

1. Debtor filed for relief under Chapter 11 of the U.S. Bankruptcy Code on May 6, 2011.

2. This matter was converted to a Chapter 7 upon the Motion of the U.S. Trustee [Docket No. 234] on April 26, 2012.

3. Caterpillar filed a Stipulation for Relief from Automatic Stay herein on August 9, 2012 [Docket No. 271] in which the Trustee and Caterpillar stipulated to relief from the automatic stay so that Caterpillar could enforce its rights in the following collateral (the "Collateral"):

| Description of Collateral | Vehicle Identification Number |
|---|---|
| Putzmeister Telebelt Concrete Conveyer | 1M2AV04C09M003525 |
| 2000 FL70 Freightliner | 1FV6HJBA9YHF53717 |
| 2000 FL70 Freightliner | 1FV6HJBA1YHF53713 |
| 2000 FL70 Freightliner | 1FV6HJBA1YHF53680 |
| 1999 FL70 Freightliner | 1FV6HJAAXXHB45078 |
| 1996 FL70 Freightliner | 1FV6HJBA3TL797110 |

4. As of the date of filing, May 6, 2011, the Debtor owed Caterpillar $459,600.00.

2137272v2

5. On September 19, 2012, Caterpillar moved for production of documents under Bankruptcy Rule 2004 [Docket No. 284]. An order was subsequently entered granting Caterpillar's motion for production under Rule 2004 that required the Debtor to produce documents by October 10, 2012.

6. The Debtor failed to produce the documents requested. The Debtor has also failed to turn over any of Caterpillar's Collateral.

WHEREFORE, Caterpillar Financial Services Corporation requests this Court enter an order compelling Debtor to disclose the location of Caterpillar's Collateral or, in the alternative, to surrender the Collateral to Caterpillar at any mutually convenient location.

DATED:   October 22, 2012

CATERPILLAR FINANCIAL SERVICES CORPORATION

/s/      Thomas E. Howard
Mark A. Bogdanowicz, ARDC No. 6301322
Thomas E. Howard, ARDC No. 6300059
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568

2

# CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on October 22, 2012, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

**Jason S. Bartell**
Bartell, Barickman & Powell, LLP
2919 Crossing Court, Suite 10
Champaign, Illinois 61822
jbartell@jbar2.com

**Sabrina M. Petesch**
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602
Sabrina.m.petesch@usdoj.gov

I also certify that a true and correct copy of the foregoing document was served by First Class U.S. Mail, postage prepaid, on October 22, 2012, to the following non-CM/ECF participant(s):

**Industrial Surfacing Corp.**
P.O. Box 62
Urbana, Illinois 61802

**W. Brian Holzbach**
President, Sigma Solutions, LLC
P.O. Box 3991
Florence, SC 29502

**Tom Heck**
4806 Bloomington Road
Champaign, Illinois 61822

**John Cheesman**
Business Development Manager
1518 Adkins Road
Houston, TX 77055

/s/      Thomas E. Howard