**IT IS SO ORDERED.**

**SIGNED THIS: October 23, 2012**

_____
**Gerald D. Fines**
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## DANVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| INDUSTRIAL SURFACING CORP., | Case No. 11-90916 |
| Debtor. | The Honorable Gerald D. Fines |

### ORDER

THIS MATTER coming before the Court on Creditor and Party-in-Interest, Caterpillar Financial Services Corporation's ("Caterpillar") Motion to Compel; the Court having reviewed the Motion to Compel and other pleadings in this case; and the Court being fully advised in the premises; the Court grants Creditor and Party-in-Interest, Caterpillar Financial Services Corporation's Motion to Compel.

ACCORDINGLY, IT IS THEREFORE ORDERED, adjudged, and decreed as follows:

A.  Debtor shall disclose the location of the following Caterpillar collateral:

| Description of Collateral | Vehicle Identification Number |
|---|---|
| Putzmeister Telebelt Concrete Conveyer | 1M2AV04C09M003525 |
| 2000 FL70 Freightliner | 1FV6HJBA9YHF53717 |
| 2000 FL70 Freightliner | 1FV6HJBA1YHF53713 |
| 2000 FL70 Freightliner | 1FV6HJBA1YHF53680 |
| 1999 FL70 Freightliner | 1FV6HJAAXXHB45078 |
| 1996 FL70 Freightliner | 1FV6HJBA3TL797110 |

2137412v1

    B.  The Debtor shall turn over to Caterpillar the above-described Collateral on or before fourteen (14) days from the entry of this Order.

# # #

2137412v1