**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| **INDUSTRIAL SURFACING CORP.** | ) | Case No. 11-90916 |
| Debtor. | ) | |

## MOTION FOR TURNOVER OF FUNDS

NOW COMES EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK ("BANK") by its attorneys, EVANS, FROEHLICH, BETH & CHAMLEY, Champaign, Illinois, and for its Motion for Turnover of Funds, states as follows:

1. At the time of the filing of the Petition in this case, INDUSTRIAL SURFACING CORP. was the owner of certain personal property described and pledged as follows:

ALL EQUIPMENT, INVENTORY, ACCOUNTS, INSTRUMENTS, DOCUMENTS, CHATTEL PAPER, DEPOSIT ACCOUNTS, INVESTMENT PROPERTY AND GENERAL INTANGIBLES WHETHER NOW OWNED OR HEREAFTER ACQUIRED, INCLUDING BUT NOT LIMITED TO A 1980 CESSNA 414A TURBOPROP TWIN ENGINE AIRCRAFT - SERIAL NUMBER N789UP, and certain vehicles and certain real estate.

2. That the aforesaid property was pledged to BANK as collateral for a Promissory Notes in the original principal amounts of $450,000.00 and $1,000,000.00, with the total indebtedness being in excess of $1,663,459.95 as of April 5, 2013, plus additional interest, attorney's fees, and costs.  A copy of the Promissory Notes and Payoff Statements are attached and incorporated herein as Exhibit A. A copy of the Security Agreements are attached and incorporated herein as Exhibit B.  A copy of the UCC Search and Filings is attached and incorporated herein as Exhibit C.

3. That EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK has been advised that John Deere has repossessed certain collateral (certain John Deere tractors) and liquidated said collateral and that the full debt owed to John Deere has been paid in full.  John Deere has remitted approximately $44,000 to the Trustee which is the surplus from the sales after satisfaction of the debt owed to John Deere.

4. That EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK holds the next senior position on the equipment liquidated by John Deere and as such, EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK is entitled to the approximately $44,000 held by Trustee.

WHEREFORE, EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK prays that this Court enter an Order directing that the Trustee remit all said monies Trustee received from John Deere (approximately $44,000) to EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK for application to the debt owed by Debtor to EDGAR COUNTY BANK & TRUST CO. d/b/a PROSPECT BANK.

Dated: April 5, 2013                               Respectfully submitted,

                                                   EDGAR COUNTY BANK & TRUST CO. d/b/a
                                                   PROSPECT BANK

BY: /s/ Joseph P. Chamley<br>
Joseph P. Chamley<br>
jchamley@efbclaw.com<br>
Mark C. Palmer<br>
mpalmer@efbclaw.com<br>
Evans, Froehlich, Beth & Chamley<br>
44 Main Street, Suite 310<br>
Champaign, IL 61820<br>
PH: (217) 359-6494<br>
FX: (217) 359-6468

| STATE OF ILLINOIS | ) |
|---|---|
|  | ) |
| COUNTY OF CHAMPAIGN | ) |

JOSEPH P. CHAMLEY, being first duly sworn, says that he has read the foregoing Motion for Turnover of Funds and that the statements therein are true.

                                      /s/ Joseph P. Chamley<br>
                                      Joseph P. Chamley

SUBSCRIBED AND SWORN to
before me this 5th day of April, 2013.

 s/Janice S. Nieman<br>
 Notary Public

### PROOF OF SERVICE

The undersigned certifies that a true and correct copy of the Motion for Turnover of Funds was filed electronically with the Court on April 5, 2013, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court, in addition to all other persons registered with the Court in this case:

    U.S. Trustee -- USTPRegion10.PE.ECF@usdoj.gov<br>
    Kristin Wilson -- klwilson111@gmail.com<br>
    Jason S. Bartell -- jbartell@bbplaw.com

And that a copy of this Motion for Turnover of Funds is being mailed to the Debtor on the 5th day of April, 2013, by regular, U.S. Mail with postage prepaid.

INDUSTRIAL SURFACING CORP.<br>
317 E. Chestnut Street<br>
Bloomington, IL 61701

/s/ Joseph P. Chamley<br>
Joseph P. Chamley